

555 California Street  
12th Floor  
San Francisco, CA 94104

415.875.2300  
Fenwick.com

Shannon E. Turner  
sturner@fenwick.com  |  +1 650-335-7844

December 2, 2020

Honorable Mary Kay Vyskocil  
United States District Judge  
United States District Court  
Southern District of New York  
500 Pearl Street  
New York, NY  10007-1312

Re: *Paguada v. Toybox Labs, Inc.*, Case No. 1:20-cv-07696-MKV  
<u>Notice of Settlement</u>

Dear Judge Vyskocil:

Fenwick & West LLP is counsel for Toybox Labs, Inc. in the above-captioned class action civil matter.  With consent of Plaintiff's counsel, we write to notify the Court that the parties have reached a settlement in principle, which is to be finalized in an executed settlement agreement.  The parties expect to file a stipulation of dismissal within 45 days.

Sincerely,

FENWICK & WEST LLP

*s/ Shannon E. Turner*

Shannon E. Turner (ST3434)